IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**MARCELINO CALDERON-SILVA,**

Plaintiff,

v.

**M.S. EVANS, et al.,**

Defendants.

Case No. 2:11-cv-1155 EFB P

[~~PROPOSED~~] ORDER

Defendants have requested that Plaintiff' Reply to Defendants' Answer be stricken and deemed a nullity. The Court finds good cause and orders that defendants' motion to strike Plaintiff's Reply to Defendants' Answer is GRANTED and the Reply is deemed a nullity.

Dated: April 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:11-cv-1155 EFB P)