IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELINO CALDERON-SILVA,** | Case No. 2:11-cv-1155 EFB P |
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **M.S. EVANS, et al.,** | |
| Defendants. | |

Defendants have requested that Plaintiff' Reply to Defendants' Answer be stricken and deemed a nullity. The Court finds good cause and orders that defendants' motion to strike Plaintiff's Reply to Defendants' Answer is GRANTED and the Reply is deemed a nullity.

Dated: April 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE