UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CALDERON-SILVA,<br><br>             Plaintiff,<br><br>      v.<br><br>M.S. EVANS, et al.,<br><br>             Defendants. | No. 2:11-cv-1155-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

Plaintiff seeks a second extension of time to oppose defendants' summary judgment motion. *See* Fed. R. Civ. P. 6(b). Plaintiff's request for an extension of time is granted.

Plaintiff also requests reconsideration of the order granting his motion to compel in part. Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion," and "why the facts or circumstances were not shown at the time of the prior motion." E.D. Cal., Local Rule 230(j)(3)-(4). Plaintiff's motion fails to satisfy these requirements.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 49) is granted and plaintiff shall file his opposition to defendants' summary judgment motion no later than 30 days from the date of this order; and

2. Plaintiff's motion for reconsideration (ECF No. 47) is denied.

Dated: October 2, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE