UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO CALDERON-SILVA, | No. 2:11-cv-1155-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M.S. EVANS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Pursuant to the court's July 21, 2015 pretrial order, this action is set for trial on February 9, 2016. ECF No. 84. Pending before the court is plaintiff's request for "three blank civil subpoena forms and witness's travel expenses information." ECF No. 86.

According to the pretrial order, plaintiff intends to call two witnesses to testify at trial – Correctional Counselor Nancy and Lieutenant Robert Sunny. ECF No. 84 at 10. Accordingly, the Clerk shall provide plaintiff with two blank subpoena forms.

The pretrial order also informed plaintiff of the procedures for subpoenaing unincarcerated witnesses for trial. *See* ECF No. 84 at 10 (explaining that plaintiff must submit to the United States Marshal a completed subpoena and money order payable to the witness in the amount of the daily witness fee, $40.00, plus the witness's travel expenses). Plaintiff's two witnesses work at Folsom State Prison. *Id.*; ECF No. 86. If the witnesses are to travel from

Folsom State Prison to the United States District Court in Sacramento, California, the round-trip mileage is 51.6 miles. The mileage rate is 57.5 cents per mile. *See* 28 USC § 1821(c)(2). Accordingly, the total mileage fee for each of these witnesses is $29.67.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for "three blank civil subpoena forms and witness's travel expenses information," (ECF No. 86) is granted as provided herein, and the Clerk of the Court shall send plaintiff two blank subpoena forms.

DATED: October 20, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE