KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 445-2595
  Fax:  (916) 324-5205
  E-mail:  Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants Carrillo, Deleon
And Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARCELINO CALDERON-SILVA,**<br><br>Plaintiff,<br><br>v.<br><br>**M.S. EVANS, et al.,**<br><br>Defendants. | 2:11-cv-1155 GEB EFB PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENTS UNDER SEAL** |

The Court has reviewed Defendants' request to file the unredacted confidential memoranda dated November 17, 2004, July 19, 2006, January 22, 2008, and August 5, 2008, under seal. Defendants are authorized to file the unredacted confidential memoranda dated November 17, 2004, July 19, 2006, January 22, 2008, and August 5, 2008, under seal. Access to the sealed documents is limited to judges.

**IT IS SO ORDERED.**

Dated:  February 8, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

(PROPOSED) ORDER GRANTING DEFENDANTS' REQUEST TO FILE RECORDS UNDER SEAL  (2:11-cv-1155 EFB PC)